FILED
2008 Aug-22  PM 02:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SYED RAFIQUE, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | CASE NO. CV 07-B-0883-S |
| | } | |
| REGIONAL NUCLEAR PHARMACEUTICALS, INC.; ALAN BURDETTE; and CHARLES MORRISON, | } } } } | |
| Defendants. | } | |

## MEMORANDUM OPINION

This case is before the court on the Motion to Dismiss without Prejudice Pursuant to Full Execution of Agreed Order and Confession of Judgment (doc. 24)[1] filed by the plaintiff. The court has considered the Motion and the attached Confession of Judgment and is of the opinion that the Motion is due to be granted. By separate Order the court will grant the Motion to Dismiss and enter Judgment in favor of the plaintiff and against defendants Alan Burdette and Charles Morrison in the amount set out in the Confession of Judgment.

**DONE** this the 22nd day of August, 2008.



SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.